PAUL T. TRIMMER
Nevada State Bar No. 9291
trimmerp@jacksonlewis.com
**JACKSON LEWIS LLP**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

DAVID K. MONTGOMERY (*pro hac vice*)
Ohio State Bar No. 0040276
david.montgomery@jacksonlewis.com
**JACKSON LEWIS LLP**
PNC Building
201 East Fifth Street, 26th Floor
Cincinnati, Ohio 45202
Tel: (513) 898-0050
Fax: (513) 898-0051

*Attorney for Defendants Champion Exposition Services, LLC and Champion Exposition Services Of Illinois, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TODD NEELY; and XPERTES, LLC, a Nevada Limited Liability Company dba Xpert Exposition Services;<br><br>Plaintiffs,<br><br>vs.<br><br>CHAMPION EXPOSITION SERVICES, LLC, a Delaware Limited Liability Company; CHAMPION EXPOSITION SERVICES OF ILLINOIS, INC., a Delaware Corporation; CHAMPION EXPOSITION SERVICES TRUST, a Massachusetts Trust; and ROES I through X;<br><br>Defendants. | CASE NO.: 2:11-cv-0469-JCM-CWH<br><br>**ORDER** |

Plaintiffs Todd Neely and Xpertes, LLC d/b/a Xpert Exposition Services (hereinafter collectively referred to as "Plaintiffs"), by and through their respective attorneys, filed a Motion for Summary Judgment (hereinafter "Motion"). (Docket No. 11). Defendants Champion Exposition Services, LLC and Champion Exposition Services of Illinois, Inc. (hereinafter

collectively referred to as "Defendants"), by and through their respective attorneys, filed their Opposition to Plaintiffs' Motion (Docket No. 18) and their Countermotion to Transfer Venue (hereinafter referred to as "Countermotion"). (Docket No. 19). Plaintiffs filed their Reply in support of their Motion and Opposition to Defendants' Countermotion (Docket No. 27). Defendants filed their Reply in support of their Countermotion (Docket No. 30). Plaintiffs filed an Application for oral argument (Docket No. 32).

The matter came before this Court for hearing on November 9, 2011. Having considered Plaintiffs' Motion and Reply in support of their Motion and their Opposition to Defendants' Countermotion, Defendants' Opposition to Plaintiffs' Motion, Countermotion and Reply in support of their Countermotion, and all the briefs and arguments of counsel which were previously presented to the Court regarding Plaintiffs' Motion for Summary Judgment and Defendants' Countermotion to Transfer Venue, and with good cause appearing,

IT IS HEREBY ORDERED that pursuant to 28 U.S.C. § 1404, Defendants' Countermotion to Transfer Venue of the above-captioned matter to the U. S. District Court, District of Delaware is GRANTED and this litigation shall be transferred to the Court for all further proceedings; and

IT IS FURTHER ORDERED that this Court has deferred its ruling on Plaintiffs' Motion for Summary Judgment (Docket No.11).

Dated this 12th day of December, 2011.

*[signature]*
Hon. James C. Mahan,
Judge, U.S. District Court

Submitted by:

JACKSON LEWIS LLP

/s/ Paul T. Trimmer
Paul T. Trimmer
Nevada State Bar No. 9291
trimmerp@jacksonlewis.com
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

David K. Montgomery (*pro hac vice*)
Ohio State Bar No. 0040276
david.montgomery@jacksonlewis.com
PNC Building
201 East Fifth Street, 26th Floor
Cincinnati, Ohio 45202
Tel: (513) 898-0050
Fax: (513) 898-0051

*Attorney for Defendants*
*Champion Exposition Services, LLC and*
*Champion Exposition Services Of Illinois, Inc.*